IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-01011-WDM
Criminal Action No. 05-cr-00506-WDM

UNITED STATES OF AMERICA,

v.

RAYSEAN ALLEN WILLIAMS,

    Movant.

## ORDER

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before June 30, 2008, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    Dated: June 4, 2008

BY THE COURT:

s/ Walker D. Miller
_____
WALKER D. MILLER
United States District Judge