# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  05-cr-00506-LTB-01 |
| RAYSEAN ALLEN WILLIAMS | USM Number:  33903-013 |
| | Richard N. Stuckey, CJA<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4 and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 12/13/12 |
| 2 | Possession and Use of a Controlled Substance | 09/12/11 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 28, 2013
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

March 7, 2013
Date

DEFENDANT:  RAYSEAN ALLEN WILLIAMS
CASE NUMBER:  05-cr-00506-LTB-01                                                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 12/06/11 |
| 4 | Possession and Use of a Controlled Substance | 12/19/11 |
| 5 | Possession and Use of a Controlled Substance | 05/01/12 |

DEFENDANT:  RAYSEAN ALLEN WILLIAMS
CASE NUMBER:  05-cr-00506-LTB-01                                                                                    Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months, to run concurrent with the Denver County Court Case Number 2012-M-10783 and DOC sentence in Case Number 2005-CR-1284.  The State Department of Corrections is designated as the place for the service of this sentence, to begin as of the commencement of the state sentence.  No supervision to follow term of imprisonment.

      The Court recommends that the Bureau of Prisons credit the defendant with time spent in official detention prior to sentencing.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal